**Fill in this information to identify the case:**

United States Bankruptcy Court for the:
**SOUTHERN DISTRICT OF TEXAS**

Case number (if known): _____   Chapter   **11**

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

**12/15**

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, Instructions for Bankruptcy Forms for Non-Individuals, is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Ginger Oil Company** |
| 2. | **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number (EIN)** | 7  6 – 0  0  4  0  2  9  3 |

4. **Debtor's address**

**Principal place of business**

**26310 Oak Ridge Drive**
Number   Street
**Suite G-7**

**Spring**               **TX**   **77380**
City                        State   ZIP Code

**Montgomery**
County

**Mailing address, if different from principal place of business**

Number   Street

P.O. Box

City                        State   ZIP Code

**Location of principal assets, if different from principal place of business**

Number   Street

City                        State   ZIP Code

5. **Debtor's website (URL)**   **gingeroil.com**

6. **Type of debtor**

☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
☐ Partnership (excluding LLP)
☐ Other. Specify: _____

Debtor  **Ginger Oil Company**                                        Case number (if known) _____

**7.  Describe debtor's business**

*A.  Check one:*

☐  Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐  Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐  Railroad (as defined in 11 U.S.C. § 101(44))
☐  Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐  Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐  Clearing Bank (as defined in 11 U.S.C. § 781(3))
☑  None of the above

*B.  Check all that apply:*

☐  Tax-exempt entity (as described in 26 U.S.C. § 501)
☐  Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
☐  Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

*C.*  NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See  http://www.naics.com/search/

____  ____  ____  ____

**8.  Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐  Chapter 7
☐  Chapter 9
☑  Chapter 11.   *Check all that apply:*

☐  Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 (amount subject to adjustment on 4/01/16 and every 3 years after that).

☐  The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).  If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐  A plan is being filed with this petition.

☐  Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐  The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934.  File the Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy Under Chapter 11 (Official Form 201A) with this form.

☐  The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐  Chapter 12

**9.  Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑  No

☐  Yes.  District _____   When _____   Case number _____
                                                                      MM / DD / YYYY

         District _____   When _____   Case number _____
                                                                      MM / DD / YYYY

         District _____   When _____   Case number _____
                                                                      MM / DD / YYYY

Debtor **Ginger Oil Company**        Case number (if known)

---

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☑ No

☐ Yes. Debtor _____ Relationship _____

District _____ When _____
MM / DD / YYYY

Case number, if known _____

Debtor _____ Relationship _____

District _____ When _____
MM / DD / YYYY

Case number, if known _____

---

**11. Why is the case filed in *this district?***

*Check all that apply:*

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** *(Check all that apply.)*

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?**

_____
Number        Street

_____

_____
City      State      ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____

Contact name _____

Phone _____

---

■ **Statistical and adminstrative information**

---

**13. Debtor's estimation of available funds**

*Check one:*

☑ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

---

Debtor  **Ginger Oil Company**                                    Case number (if known)

| 14. | Estimated number of creditors | ☑ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| --- | --- | --- | --- | --- |
| | | ☐ 50-99 | ☐ 5,001-10,000 | ☐ 50,001-100,000 |
| | | ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| | | ☐ 200-999 | | |

| 15. | Estimated assets | ☐ $0-$50,000 | ☐ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| --- | --- | --- | --- | --- |
| | | ☐ $50,001-$100,000 | ☑ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| | | ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| | | ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

| 16. | Estimated liabilities | ☐ $0-$50,000 | ☑ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| --- | --- | --- | --- | --- |
| | | ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| | | ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| | | ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

## Part X:   Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime.  Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

| 17. | Declaration and signature of authorized representative of debtor | The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition. |
| --- | --- | --- |

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **02/04/2016**
　　　　　　　MM / DD / YYYY

X **/s/ William D. Neville**                               **William D. Neville**
　Signature of authorized representative of debtor       Printed name

Title **President/Director**

| 18. | Signature of attorney | X **/s/ Julie M. Koenig** | Date **02/04/2016** |
| --- | --- | --- | --- |
| | | Signature of Attorney for Debtor | MM / DD / YYYY |

**Julie M. Koenig**
Printed name

**Cooper & Scully, P.C.**
Firm Name

**815 Walker St., Suite 1040**
Number          Street

**Houston**                                    **TX**          **77002**
City                                           State         ZIP Code

Contact phone **(713) 236-6800**      Email address **julie.koenig@cooperscully.com**

**14217300**
Bar number                                     State

**Fill in this information to identify the case**

Debtor name      __Ginger Oil Company__

United States Bankruptcy Court for the: __SOUTHERN DISTRICT OF TEXAS__

Case number
(if known)      _____

☐ Check if this is an
   amended filing

Official Form 206A/B

# Schedule A/B: Assets -- Real and Personal Property

**12/15**

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

## Part 1:    Cash and cash equivalents

1.  **Does the debtor have any cash or cash equivalents?**

    ☐ No. Go to Part 2.
    ☑ Yes. Fill in the information below.

    **All cash or cash equivalents owned or controlled by the debtor**

    **Current value of debtor's interest**

2.  **Cash on hand**
    _____

3.  **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

    Name of institution (bank or brokerage firm)          Type of account          Last 4 digits of
                                                                                    account number

| | | | | |
|---|---|---|---|---|
| 3.1. **Independent Bank** **$47,392.00 of these funds are revenue disbursements for other people's money the Debtor administered and therefore are not the Debtor's funds, the checks disbursed have not cleared the bank.** | **Checking account** | 6 1 1 5 | $81,315.46 |
| 3.2. **Independent Bank** | **Money Market** | 1 0 8 7 | $4,209.10 |

4.  **Other cash equivalents**     *(Identify all)*

    Name of institution (bank or brokerage firm)

5.  **Total of Part 1**
    Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

    | $85,524.56 |
    |---|

## Part 2:   Deposits and prepayments

6.  **Does the debtor have any deposits or prepayments?**

    ☐ No. Go to Part 3.
    ☑ Yes. Fill in the information below.

Debtor   **Ginger Oil Company**_____   Case number (if known) _____
　　　　　Name

|     | Current value of debtor's interest |
| --- | --- |

**7.   Deposits, including security deposits and utility deposits**

Description, including name of holder of deposit

| 7.1. | **Cuspide Investment LLC** | **$1,750.00** |
| --- | --- | --- |
| 7.2. | **Woodlands Commercial Prop. Co.** | **$6,363.50** |

**8.   Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

Description, including name of holder of prepayment

| 8.1. | **Cuspide Investments LLC** | **$1,750.00** |
| --- | --- | --- |
| 8.2. | **Uncle Bobs Self Storage** | **$174.00** |

**9.   Total of Part 2.**
Add lines 7 through 8.  Copy the total to line 81.

**$10,037.50**

## Part 3:  Accounts receivable

**10.   Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
☑ Yes.  Fill in the information below.

|     | Current value of debtor's interest |
| --- | --- |

**11.   Accounts receivable**

| 11a. | 90 days old or less: | **$49,152.49**  −  **$10,000.00**  = .............. → | **$39,152.49** |
| --- | --- | --- | --- |
|      |                      | face amount         doubtful or uncollectible accounts |                |
| 11b. | Over 90 days old:    | **$0.00**  −  **$0.00**  = .............. → | **$0.00** |
|      |                      | face amount         doubtful or uncollectible accounts |                |

**12.   Total of Part 3**
Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

**$39,152.49**

## Part 4:  Investments

**13.   Does the debtor own any investments?**

☐ No.  Go to Part 5.
☑ Yes.  Fill in the information below.

|     | Valuation method used for current value | Current value of debtor's interest |
| --- | --- | --- |

**14.   Mutual funds or publicly traded stocks not included in Part 1**

Name of fund or stock:

**15.   Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

Name of entity:　　　　　% of ownership:

| 15.1. | **Elm Road Pipeline, LLC** | **10%** | **Estimated** | **$17,470.56** |
| --- | --- | --- | --- | --- |

**16.   Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

Describe:

**17.   Total of Part 4**
Add lines 14 through 16.  Copy the total to line 83.

**$17,470.56**

Debtor    **Ginger Oil Company**                                          Case number (if known) _____
          Name

## Part 5:  Inventory, excluding agriculture assets

18.  **Does the debtor own any inventory (excluding agriculture assets)?**

☑ No.  Go to Part 6.
☐ Yes.  Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19.  **Raw materials** | MM/DD/YYYY | | | |
| 20.  **Work in progress** | | | | |
| 21.  **Finished goods, including goods held for resale** | | | | |
| 22.  **Other inventory or supplies** | | | | |

23.  **Total of Part 5**
Add lines 19 through 22.  Copy the total to line 84.                                          $0.00

24.  **Is any of the property listed in Part 5 perishable?**
☑ No
☐ Yes

25.  **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
☑ No
☐ Yes.  Book value _____  Valuation method _____  Current value _____

26.  **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
☑ No
☐ Yes

## Part 6:  Farming and fishing-related assets (other than titled motor vehicles and land)

27.  **Does the debtor own or lease any farming or fishing-related assets (other than titled motor vehicles and land)?**

☑ No.  Go to Part 7.
☐ Yes.  Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 28.  **Crops--either planted or harvested** | | | |
| 29.  **Farm animals**  *Examples:* Livestock, poultry, farm-raised fish | | | |
| 30.  **Farm machinery and equipment**  (Other than titled motor vehicles) | | | |
| 31.  **Farm and fishing supplies, chemicals, and feed** | | | |
| 32.  **Other farming and fishing-related property not already listed in Part 6** | | | |

33.  **Total of Part 6.**
Add lines 28 through 32.  Copy the total to line 85.                                          $0.00

34.  **Is the debtor a member of an agricultural cooperative?**
☑ No
☐ Yes.  Is any of the debtor's property stored at the cooperative?
      ☐ No
      ☐ Yes

35.  **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**
☑ No
☐ Yes.  Book value _____  Valuation method _____  Current value _____

Debtor    **Ginger Oil Company**                                    Case number (if known) _____
           Name

36. **Is a depreciation schedule available for any of the property listed in Part 6?**
    ☑ No
    ☐ Yes

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**
    ☑ No
    ☐ Yes

## Part 7:    Office furniture, fixtures, and equipment; and collectibles

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

    ☐ No.  Go to Part 8.
    ☑ Yes.  Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **39. Office furniture** | | | |
| 2 Executive Desks | | | $300.00 |
| 2 Desks | | | $200.00 |
| 2 Executive Chairs | | | $150.00 |
| 3 Credenzas | | | $450.00 |
| 6 Guest Chairs | | | $150.00 |
| 3 Filing Cabinets | | | $150.00 |
| 3 Bookcases | | | $300.00 |
| 2 Desk Chairs | | | $100.00 |
| 1 Metal Work Table | | | $100.00 |
| 4 Chrome Chairs | | | $100.00 |
| **40. Office fixtures** | | | |
| **41. Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| 1 LG TV Monitor with Stand | | | $100.00 |
| 4 Computer Monitors | | | $100.00 |
| 4 Computers | | | $100.00 |
| 4 Desk Printers | | | $100.00 |
| 1 Phone System | | | $500.00 |

42. **Collectibles**  *Examples:* Antiques and figurines; paintings, prints, or other
    artwork; books, pictures, or other art objects; china and crystal; stamp, coin,
    or baseball card collections; other collections, memorabilia, or collectibles

43. **Total of Part 7.**
    Add lines 39 through 42.  Copy the total to line 86.                           **$2,900.00**

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
    ☑ No
    ☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
    ☑ No
    ☐ Yes

Debtor  **Ginger Oil Company**　　　　　　　　　　　　　　　　　　Case number (if known) _____
　　　　　Name

## Part 8:  Machinery, equipment, and vehicles

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

    ☐ No.  Go to Part 9.
    ☑ Yes.  Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method<br>used for current value | Current value of<br>debtor's interest |
|---|---|---|---|

47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles**

48. **Watercraft, trailers, motors, and related accessories** Examples: Boats trailers, motors, floating homes, personal watercraft, and fishing vessels

49. **Aircraft and accessories**

50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

    | **Konica Minoita C284e Copier- Leased** | | | **$0.00** |
    |---|---|---|---|

51. **Total of Part 8.**
    Add lines 47 through 50.  Copy the total to line 87.

    | **$0.00** |
    |---|

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
    ☑ No
    ☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
    ☑ No
    ☐ Yes

## Part 9:  Real property

54. **Does the debtor own or lease any real property?**

    ☐ No.  Go to Part 10.
    ☑ Yes.  Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description<br>such as Assessor Parcel Number (APN),<br>and type of property (for example,<br>acreage, factory, warehouse, apartment or<br>office building), if available. | Nature and extent<br>of debtor's interest<br>in property | Net book value of<br>debtor's interest<br>(Where available) | Valuation method<br>used for current<br>value | Current value of<br>debtor's interest |
|---|---|---|---|---|
| 55.1. **Wells**<br>**See Exhibit A- Proven Reserves** | **Oil and Gas Lease** | | **Petroleum Profess** | **$8,241,700.00** |
| 55.2. **Wells**<br>**See Exhibit A- Probable Reserves** | **Oil and Gas Lease** | | **Petroleum Profess** | **$6,921,350.00** |

56. **Total of Part 9.**
    Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.  Copy the total to line 88.

    | **$15,163,050.00** |
    |---|

57. **Is a depreciation schedule available for any of the property listed in Part 9?**
    ☐ No
    ☑ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
    ☐ No
    ☑ Yes

Debtor    **Ginger Oil Company**                                     Case number (if known) _____
          Name

## Part 10:   Intangibles and Intellectual Property

**59.   Does the debtor have any interests in intangibles or intellectual property?**

☐ No.  Go to Part 11.
☑ Yes.  Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **60.   Patents, copyrights, trademarks, and trade secrets** | | | |
| **61.   Internet domain names and websites** | | | |
| **Gingeroil.com** | | | **$200.00** |
| **62.   Licenses, franchises, and royalties** | | | |
| **Arkansas 3-D** **145 miles @ $5,000/mi** **Seismic Licenses** | | | **$725,000.00** |
| **Louisiana 3-D** **7 miles@ $1,000/mi** **Seismic Licenses** | | | **$7,000.00** |
| **Ohio 3-D** **9 miles@ $500/mi** **20 miles@ $500/mi** **Seismic Licenses** | | | **$14,500.00** |
| **63.   Customer lists, mailing lists, or other compilations** | | | |
| **64.   Other intangibles, or intellectual property** | | | |
| **65.   Goodwill** | | | |

**66.   Total of Part 10.**
Add lines 60 through 65.  Copy the total to line 89.                            **$746,700.00**

**67.   Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)**?**
☑ No
☐ Yes

**68.   Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
☑ No
☐ Yes

**69.   Has any of the property listed in Part 10 been appraised by a professional within the last year?**
☑ No
☐ Yes

## Part 11:   All other assets

**70.   Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No.  Go to Part 12.
☑ Yes.  Fill in the information below.

Debtor     **Ginger Oil Company**_____     Case number (if known) _____
               Name

|  |  | Current value of debtor's interest |
|---|---|---|

**71. Notes receivable**

Description (include name of obligor)

**72. Tax refunds and unused net operating losses (NOLs)**

Description (for example, federal, state, local)

| Description | Tax year | Value |
|---|---|---|
| Net Operating Loss | Tax year  2000 | $480,743.00 |
| Net Operating Loss | Tax year  2001 | $1,840,061.00 |
| Net Operating Loss | Tax year  2002 | $935,806.00 |
| Net Operating Loss | Tax year  2003 | $858,664.00 |
| Net Operating Loss | Tax year  2004 | $744,130.00 |
| Net Operating Loss | Tax year  2005 | $249,438.00 |
| Net Operating Loss | Tax year  2006 | $773,044.00 |
| Net Operating Loss | Tax year  2007 | $1,140,736.00 |
| Net Operating Loss | Tax year  2008 | $2,163,486.00 |
| Net Operating Loss | Tax year  2010 | $2,116,424.00 |
| Net Operating Loss | Tax year  2011 | $888,832.00 |
| Net Operating Loss | Tax year  2012 | $3,065.00 |
| Net Operating Loss | Tax year  2013 | $660,737.00 |
| Net Operating Loss | Tax year  2014 | $98,386.00 |
| Net Operating Loss | Tax year  2015 | $243,858.99 |
| US Treasury (payroll taxes) | Tax year  2015 | $3,862.00 |

**73. Interests in insurance policies or annuities**

| Description | Value |
|---|---|
| Roberts Armytage & Partners Ltd<br>Control of Well Insurance | $0.00 |
| Swett & Crawford Co, Inc<br>Commercial General Liability | $0.00 |
| Swett & Crawford Co, Inc<br>Commercial Umbrella Liability | $0.00 |
| Texas Mutual Insurance Company<br>Workers Compensation and Employers Liability Insurance | $0.00 |
| The Hartford Lloyds Insurance Company<br>Business Property Insurance | $0.00 |
| Travelers Casualty and Surety Company of America<br>ERISA Fidelity Coverage | $0.00 |

**74. Causes of action against third parties (whether or not a lawsuit has been filed)**

**75. Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

**76. Trusts, equitable or future interests in property**

**77. Other property of any kind not already listed** *Examples:* Season tickets, country club membership

| Description | Value |
|---|---|
| Powell #1-Liquidated debt- will be offset by future joint interest billing on wells | $1,998.32 |
| Clear Creek #1-Liquidated debt- will be offset by future joint interest billing on wells | $954.89 |
| J&B Smith #1 (Horst)- Liquidated debt- will be offset by future joint interest billing on wells | $4,684.88 |

Debtor  **Ginger Oil Company**                                           Case number (if known) _____
        <sub>Name</sub>

| | |
|---|---|
| **Foote #1 (Horst)- Liquidated debt- will be offset by future joint interest billing on wells** | **$5,604.75** |

**78. Total of Part 11.**
Add lines 71 through 77. Copy the total to line 90.          **$13,214,515.83**

**79. Has any of the property listed in Part 11 been appraised by a professional within the last year?**
☐ No
☑ Yes

**Part 12:** **Summary**

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| **80. Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | **$85,524.56** | |
| **81. Deposits and prepayments.** *Copy line 9, Part 2.* | **$10,037.50** | |
| **82. Accounts receivable.** *Copy line 12, Part 3.* | **$39,152.49** | |
| **83. Investments.** *Copy line 17, Part 4.* | **$17,470.56** | |
| **84. Inventory.** *Copy line 23, Part 5.* | **$0.00** | |
| **85. Farming and fishing-related assets.** *Copy line 33, Part 6.* | **$0.00** | |
| **86. Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | **$2,900.00** | |
| **87. Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | **$0.00** | |
| **88. Real property.** *Copy line 56, Part 9*.................................➜ | | **$15,163,050.00** |
| **89. Intangibles and intellectual property.** *Copy line 66, Part 10.* | **$746,700.00** | |
| **90. All other assets.** *Copy line 78, Part 11.* | **+ $13,214,515.83** | |
| **91. Total.** Add lines 80 through 90 for each column. 91a. | **$14,116,300.94** | + 91b. **$15,163,050.00** |

**92. Total of all property on Schedule A/B.** Lines 91a + 91b = 92.................................................................... **$29,279,350.94**

---

**Fill in this information to identify the case:**

Debtor name     **Ginger Oil Company**

United States Bankruptcy Court for the: **SOUTHERN DISTRICT OF TEXAS**

Case number
(if known)

☐ Check if this is an
amended filing

---

Official Form 206D

## Schedule D: Creditors Who Have Claims Secured by Property

12/15

Be as complete and accurate as possible.

1.  **Do any creditors have claims secured by debtor's property?**

☐ No.  Check this box and submit page 1 of this form to the court with debtor's other schedules.  Debtor has nothing else to report on this form.

☑ Yes.  Fill in all of the information below.

---

| Part 1: | List Creditors Who Have Secured Claims |
| --- | --- |

2.  **List in alphabetical order all creditors who have secured claims.**  If a creditor has more than one secured claim, list the creditor separately for each claim.

|  | Column A<br>**Amount of claim**<br>Do not deduct the<br>value of collateral. | Column B<br>**Value of collateral<br>that supports<br>this claim** |
| --- | --- | --- |

| **2.1** | | | Column A | Column B |
| --- | --- | --- | --- | --- |
| **Creditor's name**<br>**Independent Bank** | **Describe debtor's property that is<br>subject to a lien**<br>**Blanket Lien and All Assets** | | $3,231,066.37 | $27,370,375.49 |
| **Creditor's mailing address**<br>**2101 Cedar Springs Road**<br>**Suite 725** | **Describe the lien**<br>**Loan- UCC-1 Financing Statement / Agreement** | | | |
| | **Is the creditor an insider or related party?**<br>☑ No<br>☐ Yes | | | |
| **Dallas          TX    75201** | **Is anyone else liable on this claim?**<br>☑ No<br>☐ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H) | | | |
| **Creditor's email address, if known** | | | | |
| **Date debt was incurred    9/13/13** | **As of the petition filing date, the claim is:**<br>Check all that apply. | | | |
| **Last 4 digits of account<br>number        2   9   1   9** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | | |
| **Do multiple creditors have an interest in<br>the same property?**<br>☑ No<br>☐ Yes.  Specify each creditor, including this<br>creditor, and its relative priority. | | | | |

3.  **Total of the dollar amounts from Part 1, Column A, including the amounts from the
    Additional Page, if any.**

$3,231,238.02

Debtor    **Ginger Oil Company**                                                    Case number (if known) _____

## Part 1:   Additional Page

Copy this page only if more space is needed.  Continue numbering the lines
sequentially from the previous page.

| | Column A<br>**Amount of claim**<br>Do not deduct the<br>value of collateral. | Column B<br>**Value of collateral<br>that supports<br>this claim** |
|---|---|---|

### 2.2

**Creditor's name**
**Montgomery County Tax Assessor**

**Creditor's mailing address**
**400 N. San Jacinto St.**

_____

**Conroe           TX    77301**

**Creditor's email address, if known**

_____

**Date debt was incurred     10/23/15**

**Last 4 digits of account
number              1   3   4   3**

**Do multiple creditors have an interest in
the same property?**
☑ No
☐ Yes.  Have you already specified the
        relative priority?

    ☐ No.  Specify each creditor, including this
            creditor, and its relative priority.

    ☐ Yes.  The relative priority of creditors is
            specified on lines _____

**Describe debtor's property that is
subject to a lien**
**Furniture and Fixtures**

**Describe the lien**
**Taxes / Statutory Lien**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**$161.57**          **$2,900.00**

### 2.3

**Creditor's name**
**Woodlands Metro Center MUD**

**Creditor's mailing address**
**P.O. Box 7829**

_____

**The Woodlands      TX    77387**

**Creditor's email address, if known**

_____

**Date debt was incurred     10/6/15**

**Last 4 digits of account
number              9   6   7   7**

**Do multiple creditors have an interest in
the same property?**
☑ No
☐ Yes.  Have you already specified the
        relative priority?

    ☐ No.  Specify each creditor, including this
            creditor, and its relative priority.

    ☐ Yes.  The relative priority of creditors is
            specified on lines _____

**Describe debtor's property that is
subject to a lien**
**Funiture and Fixtures**

**Describe the lien**
**Taxes / Statutory Lien**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**$10.08**          **$2,738.43**

**Fill in this information to identify the case:**

Debtor          **Ginger Oil Company**

United States Bankruptcy Court for the: **SOUTHERN DISTRICT OF TEXAS**

Case number
(if known)

☐ Check if this is an
amended filing

Official Form 206E/F

## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with
NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim.
Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G:
Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left.
If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

| **Part 1:** | **List All Creditors with PRIORITY Unsecured Claims** |
| --- | --- |

1.   **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

    ☐  No. Go to Part 2.
    ☑  Yes. Go to line 2.

2.   **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or part.**
    If more space is needed for priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
| --- | --- | --- | --- |

**2.1**   **Priority creditor's name and mailing address**

**Cooper & Scully, P.C.**

**815 Walker St., Suite 1040**

**Houston**             **TX**      **77002**

Date or dates debt was incurred
**01/14/2016**

Last 4 digits of account
number

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a)(_____)   **Attorney Fees**

**As of the petition filing date, the
claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Attorney Fees**

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: **$49,717.00**   Priority amount: **$49,717.00**

---

**2.2**   **Priority creditor's name and mailing address**

**Hans G. Blixt**

**23 Dakota Ridge Pl.**

**The Woodlands**             **TX**      **77381**

Date or dates debt was incurred
**2015-2016**

Last 4 digits of account
number ___ ___ ___ **2**

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a)( **8** )

**As of the petition filing date, the
claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**2015/2016 deferred salary**

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: **$128,125.00**   Priority amount: **$12,475.00**

Debtor     **Ginger Oil Company**                                   Case number (if known) _____

---

| **Part 1:** | **Additional Page** |

Copy this page if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

|  | | **Total claim** | **Priority amount** |
|---|---|---|---|

**2.3**   **Priority creditor's name and mailing address**

**Julienne L. Blixt**

**23 Dakota Ridge Pl.**

_____

**The Woodlands**          **TX**    **77381**

**Date or dates debt was incurred**

**2015-2016**

**Last 4 digits of account number** ___ **4** **5** **7**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(  **8**  )

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**2015/2016 deferred salary**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Total claim** $9,000.00    **Priority amount** $9,000.00

---

**2.4**   **Priority creditor's name and mailing address**

**Paul S. Robinson**

**6215 Rippling Hollow Drive**

_____

**Spring**          **TX**    **77379**

**Date or dates debt was incurred**

**2015-2016**

**Last 4 digits of account number** **1** **4** **4** **9**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(  **8**  )

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**2015/2016 deferred salary**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Total claim** $50,250.00    **Priority amount** $12,475.00

---

**2.5**   **Priority creditor's name and mailing address**

**Richard Brubaker**

**2507 Hyland Park**

_____

**Houston**          **TX**    **77014**

**Date or dates debt was incurred**

**2015-2016**

**Last 4 digits of account number** ___ ___ **7**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(  **8**  )

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**2015/2016 deferred salary**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Total claim** $59,499.90    **Priority amount** $12,475.00

---

Debtor  **Ginger Oil Company** _____  Case number (if known) _____

## Part 1:  Additional Page

**Copy this page if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.**

| | | Total claim | Priority amount |
|---|---|---|---|

| **2.6** **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$128,125.00** | **$12,475.00** |
|---|---|---|---|

**William D. Neville** _____

**2 Wild Ginger Court** _____

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

_____

**The Woodlands**          **TX**      **77380**

**Basis for the claim:**

**2015/2016 deferred salary** _____

**Date or dates debt was incurred**

**2015-2016** _____

**Is the claim subject to offset?**

☒ No

☐ Yes

**Last 4 digits of account number**  ___  ___  ___  **4**

**Specify Code subsection of PRIORITY unsecured claim:**  11 U.S.C. § 507(a)(  **8**  )

Debtor   **Ginger Oil Company**                                    Case number (if known)

---

**Part 2:**   **List All Creditors with NONPRIORITY Unsecured Claims**

3.   **List in alphabetical order all of the creditors with nonpriority unsecured claims.**  If more space is needed for nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | Amount of claim |
|---|---|---|

**3.1**   Nonpriority creditor's name and mailing address

**Garry Ward**

**6030 Spring Oak Hollow**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**$17,625.00**

**Spring**                    **TX**      **77379**

Basis for the claim: **Engineering consulting 2015 & 2016**

Date or dates debt was incurred      **1/12/16**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Last 4 digits of account number      **3   1   6   5**

---

**3.2**   Nonpriority creditor's name and mailing address

**Ginger Oil AB**

**Prästgatan 38**

**83131 Östersund**

**Sweden**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☑ Contingent
- ☐ Unliquidated
- ☐ Disputed

**$2,783,829.91**

Basis for the claim: **Loan**

Date or dates debt was incurred

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Last 4 digits of account number      __ __ __ __

---

**3.3**   Nonpriority creditor's name and mailing address

**LaVanCo Energy Ltd**

**PO Box 60087**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**$471.95**

**San Angelo**              **TX**      **76906**

Basis for the claim: **Joint Interest Billing**

Date or dates debt was incurred

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Last 4 digits of account number      **N   O   I   L**

---

**3.4**   Nonpriority creditor's name and mailing address

**Patterson Energy Corp**

**PO Box 311836**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**$5,037.23**

**New Braunfels**          **TX**      **78131**

Basis for the claim: **Joint Interest Billing**

Date or dates debt was incurred

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Last 4 digits of account number      **N   G   E   R**

---

Debtor     **Ginger Oil Company**                                    Case number (if known)

---

| Part 2: | Additional Page |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.5 | Nonpriority creditor's name and mailing address |

**Stephens Production Company**

**623 Garrison Avenue**

**P.O. Box 2407**

| **Fort Smith** | **AR** | **72902** |

Date or dates debt was incurred     **11/30/15**

Last 4 digits of account number     **2   6   1   4**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Joint Interest Billing**

**Is the claim subject to offset?**
☑ No
☐ Yes

$15.52

| 3.6 | Nonpriority creditor's name and mailing address |

**Vecta Oil and Gas Ltd.**

**575 Union Blvd**

**Suite 208**

| **Lakewood** | **CO** | **80228** |

Date or dates debt was incurred     **12/22/15**

Last 4 digits of account number     **1   4   3   3**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**
**Joint Interest Billing**

**Is the claim subject to offset?**
☑ No
☐ Yes

$14,788.84

---

Debtor　　**Ginger Oil Company**　　　　　　　　　　　Case number (if known) _____

## Part 3:　List Others to Be Notified About Unsecured Claims

4.　**List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.**  Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

　　**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| | Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | ATTORNEY GENERAL<br>TAX DIV. - BANKRUPTCY<br>POB 12548<br><br>AUSTIN　　　TX　　78711 | Line _____<br>☑ Not listed. Explain:<br>**Notice Only** | __ __ __ __ |
| 4.2 | Attorney General<br>Department of Justice<br>10th and Constitution Ave N.W.<br>Rm. 400<br>Washington　　　DC　　20530 | Line _____<br>☑ Not listed. Explain:<br>**Notice Only** | |
| 4.3 | Harris County<br>c/o John Dillman<br>PO Box 3064<br><br>Houston　　　TX　　77253-3064 | Line _____<br>☑ Not listed. Explain:<br>**Notice Only** | __ __ __ __ |
| 4.4 | HARRIS COUNTY/CITY OF HOUSTON<br>C/O BANKRUPTCY DEPT<br>PO BOX 3064<br><br>HOUSTON　　　TX　　77253-3064 | Line _____<br>☑ Not listed. Explain:<br>**Notice Only** | __ __ __ __ |
| 4.5 | Internal Revenue Service<br>STOP 6692 AUSC<br><br>Austin　　　TX　　73301-0030 | Line _____<br>☑ Not listed. Explain:<br>**Notice Only** | __ __ __ __ |
| 4.6 | Internal Revenue Service<br>Insolvency Department<br>PO Box 7346<br><br>Philadelphia　　　PA　　19101-7346 | Line _____<br>☑ Not listed. Explain:<br>**Notice Only** | __ __ __ __ |

Debtor    **Ginger Oil Company** _____    Case number (if known) _____

| **Part 3:** | **Additional Page for Others to Be Notified About Unsecured Claims** |

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

**4.7**    **Internal Revenue Service**

**1919 Smith St.**

**Stop 5024 HOU**

**Houston**          **TX**     **77002**

Line _____

☑ Not listed.  Explain:
**Notice Only**

__ __ __ __

**4.8**    **SECURITIES AND EXCHANGE**

**COMMISSION**

**450 FIFTH STREET NW**

**WASHINGTON**          **DC**     **20549**

Line _____

☑ Not listed.  Explain:
**NOTICE ONLY**

__ __ __ __

**4.9**    **TEXAS COMPTROLLER OF PUBLIC ACCOUNTS**

**111 E. 17TH STREET**

**AUSTIN**          **TX**     **78774-0100**

Line _____

☑ Not listed.  Explain:
**Notice Only**

__ __ __ __

**4.10**    **Texas Workforce Commission**

**PO Box 149037**

**Austin**          **TX**     **78714-9037**

Line _____

☑ Not listed.  Explain:
**Notice Only**

__ __ __ __

Debtor   **Ginger Oil Company** _____   Case number (if known) _____

---

| **Part 4:** | **Total Amounts of the Priority and Nonpriority Unsecured Claims** |
|---|---|

**5.**   Add the amounts of priority and nonpriority unsecured claims.

**Total of claim amounts**

| 5a. | **Total claims from Part 1** | 5a. | **$424,716.90** |
|---|---|---|---|
| 5b. | **Total claims from Part 2** | 5b. **+** | **$2,821,768.45** |
| 5c. | **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | **$3,246,485.35** |

| Fill in this information to identify the case: |
|---|

Debtor name   **Ginger Oil Company**

United States Bankruptcy Court for the: **SOUTHERN DISTRICT OF TEXAS**

Case number
(if known)                                                      Chapter    **11**

☐ Check if this is an
amended filing

Official Form 206G

## Schedule G: Executory Contracts and Unexpired Leases                         12/15

Be as complete and accurate as possible.  If more space is needed, copy and attach the additional page, numbering the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**

☐  No.  Check this box and file this form with the court with the debtor's other schedules.  There is nothing else to report on this form.

☑  Yes.  Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

2.   **List all contracts and unexpired leases**                              **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

**2.1**   **State what the contract or lease is for and the nature of the debtor's interest**        **See Exhibit B
Contract to be ASSUMED**        **Leases and Contracts**

**State the term remaining**

**List the contract number of any government contract**

**Fill in this information to identify the case:**

Debtor name **Ginger Oil Company**

United States Bankruptcy Court for the: **SOUTHERN DISTRICT OF TEXAS**

Case number
(if known)

☐ Check if this is an
amended filing

Official Form 206H

**Schedule H: Codebtors**                                                     12/15

Be as complete and accurate as possible.  If more space is needed, copy the Additional Page, numbering the entries
consecutively.  Attach the Additional Page to this page.

1.  **Does the debtor have any codebtors?**
    - ☒ No.  Check this box and submit this form to the court with the debtor's other schedules.  Nothing else needs to be reported on this form.
    - ☐ Yes

2.  **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the
    schedules of creditors, *Schedules D-G.*** Include all guarantors and co-obligors.  In Column 2, identify the creditor to whom the debt is
    owed and each schedule on which the creditor is listed.  If the codebtor is liable on a debt to more than one creditor, list each creditor
    separately in Column 2.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| Name | Mailing address | Name | *Check all schedules that apply:* |

**Fill in this information to identify the case:**

Debtor Name **Ginger Oil Company**

United States Bankruptcy Court for the: **SOUTHERN DISTRICT OF TEXAS**

Case number (if known): _____

☐ Check if this is an amended filing

Official Form 206Sum

# Summary of Assets and Liabilities for Non-Individuals

12/15

## Part 1: Summary of Assets

1. **Schedule A/B: Assets--Real and Personal Property** (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from Schedule A/B........................................................................ $15,163,050.00

   1b. **Total personal property:**
   Copy line 91A from Schedule A/B...................................................................... $14,116,300.94

   1c. **Total of all property**
   Copy line 92 from Schedule A/B......................................................................... $29,279,350.94

## Part 2: Summary of Liabilities

2. **Schedule D: Creditors Who Hold Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, Amount of claim, at the bottom of page 1 of Schedule D................. $3,231,238.02

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of Schedule E/F........................................ $424,716.90

   3b. **Total amount of claims of non-priority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of Schedule E/F.......................... + $2,821,768.45

4. **Total liabilities**
   Lines 2 + 3a + 3b................................................................................... $6,477,723.37

**Fill in this information to identify the case and this filing:**

Debtor Name   **Ginger Oil Company**

United States Bankruptcy Court for the: **SOUTHERN DISTRICT OF TEXAS**

Case number
(if known)

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors                    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents.  This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☑ *Schedule A/B: Assets--Real and Personal Property* (Official Form 206A/B)

☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☑ *Schedule H: Codebtors* (Official Form 206H)

☑ *A Summary of Assets and Liabilities for Non-Individuals* (Official Form 206-Summary)

☐ Amended Schedule _____

☑ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **02/04/2016**          X **/s/ William D. Neville**
          MM / DD / YYYY                  Signature of individual signing on behalf of debtor

                              **William D. Neville**
                              Printed name

                              **President/Director**
                              Position or relationship to debtor

**Fill in this information to identify the case:**

Debtor name          **Ginger Oil Company**

United States Bankruptcy Court for the: **SOUTHERN DISTRICT OF TEXAS**

Case number
(if known)

☐ Check if this is an
   amended filing

Official Form 207

## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy          12/15

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any
additional pages, write the debtor's name and case number (if known).

### Part 1:    Income

1.   **Gross revenue from business**

☐ None

**Identify the beginning and ending dates of the debtor's fiscal year,**          Sources of revenue          Gross revenue
**which may be a calendar year**                                                    Check all that apply.         (before deductions
                                                                                                                  and exclusions

| | | | | | |
|---|---|---|---|---|---|
| **From the beginning of the fiscal year to filing date:** | From | **01/01/2016** | to | Filing date | ☑ Operating a business<br>☐ Other _____ | **$97,382.00** |
| **For prior year:** | From | **01/01/2015** | to | **12/31/2015** | ☑ Operating a business<br>☐ Other _____ | **$1,257,019.00** |
| **For the year before that:** | From | **01/01/2014** | to | **12/31/2014** | ☑ Operating a business<br>☐ Other _____ | **$2,128,475.00** |

2.   **Non-business revenue**

Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from
lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☑ None

### Part 2:    List Certain Transfers Made Before Filing for Bankruptcy

3.   **Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days
before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,225. (This amount may be
adjusted on 4/01/16 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None

| Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.1. **See Exihibit C**<br>Creditor's name<br><br>Number      Street<br><br><br>City                    State     ZIP Code | | _____ | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |

Debtor    **Ginger Oil Company**                    Case number (if known) _____
         Name

**4.**    **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or co-signed by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,225. (This amount may be adjusted on 4/01/16 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. Insiders include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None

| | Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|---|
| 4.1. | **Ginger Oil AB** | **1/26/15** | **$160,000.00** | **Interest and Repayment of debt** |
| | Insider's name | **2/5/15** | | |
| | **Prästgatan 38** | **3/18/15** | | |
| | Number   Street | **4/14/15** | | |
| | **83131 Östersund** | **5/26/15** | | |
| | **Sweden** | | | |
| | City       State    ZIP Code | | | |

**Relationship to debtor**

**Parent Company**

**5.**    **Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☑ None

**6.**    **Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☑ None

**Part 3:**    **Legal Actions or Assignments**

**7.**    **Legal actions, administrative proceedings, court actions, executions, attachments, or government audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity--within 1 year before filing this case.

☐ None

| | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | **Wynn-Crosby Ptnrs III LP vs. Hankey Oil** | **Lease Hold Ownership- Arbitration** | Name _____ | ☐ Pending |
| | | | Number   Street _____ | ☐ On appeal |
| | | | | ☑ Concluded |
| | **Case number** | | _____ | |
| | _____ | | City    State   ZIP Code | |

Debtor   **Ginger Oil Company**                                        Case number (if known)
_____
Name

**8.   Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☑ None

| Part 4: | Certain Gifts and Charitable Contributions |
|---|---|

**9.   List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000.**

☑ None

| Part 5: | Certain Losses |
|---|---|

**10.   All losses from fire, theft, or other casualty within 1 year before filing this case.**

☑ None

| Part 6: | Certain Payments or Transfers |
|---|---|

**11.   Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None

| | Who was paid or who received the transfer? | If not money, describe the property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Cooper & Scully, P.C.** | | **01/13/2016** | **$50,000.00** |

**Address**

**815 Walker St., Suite 1040**
Number     Street
_____

**Houston**                    **TX**    **77002**
City                           State   ZIP Code

**Email or website address**

**www.cooperscully.com**

**Who made the payment, if not debtor?**

_____

| | Who was paid or who received the transfer? | If not money, describe the property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.2. | **Cooper & Scully, P.C.** | | **01/29/2016** | **$2,000.00** |

**Address**

**815 Walker St., Suite 1040**
Number     Street
_____

**Houston**                    **TX**    **77002**
City                           State   ZIP Code

**Email or website address**

_____

**Who made the payment, if not debtor?**

_____

Debtor  **Ginger Oil Company**                                                   Case number (if known) _____
       <sub>Name</sub>

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

☑ None

**13. Transfers not already listed on this statement**

List any transfers of money or other property--by sale, trade, or any other means--made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs.  Include both outright transfers and transfers made as security.  Do not include gifts or transfers previously listed on this statement.

☐ None

| Who received transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|
| 13.1. **White Oak Operating Company, LLC**<br><br>**Address**<br><br>**12941 North Freeway, Suite 550**<br><sub>Number   Street</sub><br><br>**Houston**   **TX**   **77060**<br><sub>City</sub>   <sub>State</sub>   <sub>ZIP Code</sub><br><br>**Relationship to debtor** | **Change of Operatorship- L. Ranch Wells, South LaWard Field, Jackson County, Texas**<br>**L. Ranch Well Nos. 1, 2, and 3** | **02/01/2016** | |

## Part 7:   Previous Locations

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

| Address | | Dates of occupancy | |
|---|---|---|---|
| 14.1. **1400 Woodloch Forest Drive**<br><sub>Number   Street</sub><br>**Suite 425**<br><br>**The Woodlands**   **TX**   **77380**<br><sub>City</sub>   <sub>State</sub>   <sub>ZIP Code</sub> | | From  **01/15/2005** | To  **01/30/2016** |

Debtor   **Ginger Oil Company**_____   Case number (if known) _____
        Name

---

| **Part 8:** | **Health Care Bankruptcies** |

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:

■ diagnosing or treating injury, deformity, or disease, or

■ providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No.  Go to Part 9.
☐ Yes.  Fill in the information below.

---

| **Part 9:** | **Personally Identifiable Information** |

**16. Does the debtor collect and retain personally identifiable information of customers?**

☐ No.
☑ Yes. State the nature of the information collected and retained

    **Social Security numbers and Tax IDs for 1099's**

    Does the debtor have a privacy policy about that information?
    ☑ No.
    ☐ Yes.

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b) or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☐ No.  Go to Part 10.
☑ Yes.  Does the debtor serve as plan administrator?
    ☐ No.  Go to Part 10.
    ☑ Yes.  Fill in below:

    **Name of plan**                         **Employer Identification number of the plan**

    **Ginger Oil Company 401K Plan**_____ EIN: _7_ _6_ – _0_ _0_ _4_ _0_ _2_ _9_ _3_

    Has the plan been terminated?
    ☑ No
    ☐ Yes

---

| **Part 10:** | **Certain Financial Accounts, Safe Deposit Boxes, and Storage Units** |

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts, certificates of deposit, and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☑ None

---

Debtor    **Ginger Oil Company**        Case number (if known) _____
        Name

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☐ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| **Uncle Bob's Self Storage**<br>Name<br><br>**4455 Panther Creek Pines**<br>Number     Street<br><br>**A-128**<br><br>**The Woodlands      TX    77381**<br>City                          State    ZIP Code | **William Neville and Hans Blixt**<br><br>**Address**<br>**William Neville**<br>**2 Wild Ginger Court**<br>**The Woodlands, TX 77381**<br><br>**Hans Blixt**<br>**23 Dakota Ridge Place**<br>**The Woodlands, TX 77381** | **Well records and data, accounting information, office supplies and misc furniture.** | ☐ No<br>☑ Yes |

## Part 11:   Property the Debtor Holds or Controls That the Debtor Does Not Own

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☐ None

| Owner's name and address | Location of the property | Description of the property | Value |
|---|---|---|---|
| **Opeche Corp**<br>Name<br><br>**2508 Wild Wind Pl**<br>Number     Street<br><br>_____<br><br>**The Woodlands      TX    77380**<br>City                          State    ZIP Code | **Goliad County**<br><br>_____<br>**TX** | **Powell #1 Well** | **$10,659.00** |
| **Heathery Resources, Inc**<br>Name<br><br>**19500 State Hwy**<br>Number     Street<br><br>**Ste. 640**<br><br>**Houston           TX    77070**<br>City                          State    ZIP Code | **Goliad County**<br><br>_____<br>**TX** | **Powell #1 Well** | **$10,659.00** |

Debtor   **Ginger Oil Company**                                          Case number (if known) _____
         Name

---

## Part 12:   Details About Environmental Information

For the purpose of Part 12, the following definitions apply:

- *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

- *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

- *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22.  Has the debtor been a party in any judicial or administrative proceeding under any environmental law?**
Include settlements and orders.

- ☑ No
- ☐ Yes. Provide details below.

**23.  Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

- ☑ No
- ☐ Yes. Provide details below.

**24.  Has the debtor notified any govermental unit of any release of hazardous material?**

- ☑ No
- ☐ Yes. Provide details below.

---

## Part 13:   Details About the Debtor's Business or Connections to Any Business

**25.  Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case.  Include this information even if already listed in the Schedules.

- ☐ None

| | Business name and address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|---|
| 25.1. | **Elm Road Pipeline, LLC**<br>Name<br>**PO Box 97508**<br>Street | **10% interest pipeline** | EIN: __ __ – __ __ __ __ __ __ __ |
| | **Wichita Falls**      **TX**   **76307**<br>City              State   ZIP Code | | Dates business existed<br>From  __02/02/2009__  To  __Present__ |
| 25.2. | **Gulf Coast Seismic LLC**<br>Name<br>**1400 Woodloch Forest Drive**<br>Street<br>**Suite 425** | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>EIN: **0** **1** – **0** **6** **1** **7** **1** **9** **9** |
| | **The Woodlands**      **TX**   **77380**<br>City              State   ZIP Code | | Dates business existed<br>From  __3/26/03__  To  __9/30/15__ |

---

Debtor    **Ginger Oil Company**                                          Case number (if known) _____
          Name

**26. Books, records, and financial statements**

26a.   List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Dates of service |
|---|---|

26a.1.  **Dana G. Seamans, PHD, CPA**                                  From **01/01/1997**   To   **Present**
        Name
        **8202 Gessner Rd**
        Street
        **Suite 1350**

        **Houston**                    **TX**      **77024**
        City                           State       ZIP Code

26b.   List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Dates of service |
|---|---|

26b.1.  **Pricewaterhouse Coopers**                                    From **01/01/1999**   To   **Present**
        Name
        **Torsgatan 21**
        Street
        **SE-113 97 Stockholm**

        **Sweden**
        City                           State       ZIP Code

26c.   List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

26c.1.  **Ginger Oil**
        Name
        **26310 Oak Ridge Drive**
        Street
        **Suite G-7**

        **Spring**                     **TX**      **77380**
        City                           State       ZIP Code

26d.   List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

**Name and address**

26d.1.  **Cuspide Investments LLC**
        Name
        **26310 Oak Ridge Drive**
        Street

        **Spring**                     **TX**      **77380**
        City                           State       ZIP Code

**Name and address**

26d.2.  **Independent Bank**
        Name
        **2101 Cedar Springs Rd S.**
        Street
        **#725**

        **Dallas**                     **TX**      **75201**
        City                           State       ZIP Code

Debtor  **Ginger Oil Company**_____    Case number (if known) _____
Name

**Name and address**

26d.3.   **Ginger Oil AB**_____
Name
**Prastgatan 38**_____
Street
**83131 Ostersund**_____

**Sweden**_____
City                            State        ZIP Code

**27. Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☑ No.
☐ Yes. Give the details about the two most recent inventories.

**28.** List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|------|---------|-------------------------------------|-----------------------|
| Hans Blixt | 23 Dakota Ridge Place<br>The Woodlands, TX 77381 | CEO/Director | 0% |
| William Neville | 2 Wild Ginger Court<br>The Woodlands, TX 77381 | President/Director | 0% |
| Richard Brubaker | 2507 Hyland Park<br>Houston, TX 77014 | CFO | 0% |
| Carl Henderson | 2508 Wild Winds Place<br>The Woodlands, TX 77380 | Director | 0% |

**29.** Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

☑ No
☐ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|------|---------|-------------------------------------|---------------------------------------------------|

**30. Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
☑ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|-------------------------------|------------------------------------------------------|-------|--------------------------------|
| 30.1. **William Neville**<br>Name<br>**2 Wild Ginger Court**<br>Street<br><br>**The Woodlands    TX    77380**<br>City          State   ZIP Code<br><br>**Relationship to debtor**<br>**President/Director** | $39,189.56 | 2/15/15<br>2/28/15<br>3/15/15<br>3/31/15<br>4/15/15<br>4/30/15<br>5/15/15<br>1/15/16<br>1/31/16 | Net Salary |

Debtor  **Ginger Oil Company**
_____    Case number (if known) _____
Name

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.2. | **Hans Blixt** <br> Name <br> **23 Dakota Ridge PL** <br> Street <br><br> **The Woodlands      TX      77381** <br> City                State   ZIP Code <br><br> **Relationship to debtor** <br> **CEO** | **$27,852.56** | **2/15/15** <br> **2/28/15** <br> **3/15/15** <br> **3/31/15** <br> **4/15/15** <br> **4/30/15** <br> **5/15/15** <br> **1/15/16** <br> **1/31/16** | **Net Salary** |

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.3. | **Julienne Blixt** <br> Name <br> **23 Dakota Ridge PL** <br> Street <br><br> **The Woodlands      TX      77381** <br> City                State   ZIP Code <br><br> **Relationship to debtor** <br> **Employee** | **$7,285.93** | **2/15/15** <br> **2/28/15** <br> **3/15/15** <br> **4/15/15** <br> **5/15/15** <br> **5/31/15** <br> **6/30/15** <br> **7/15/15** <br> **7/31/15** | **Net Salary** |

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.4. | **Richard Brubaker** <br> Name <br> **2507 Hyland Park** <br> Street <br><br> **Houston      TX      77014** <br> City          State   ZIP Code <br><br> **Relationship to debtor** <br> **CFO** | **$34,406.80** | **2/15/15** <br> **2/18/15** <br> **3/15/15** <br> **3/31/15** <br> **4/15/15** <br> **4/30/15** <br> **5/15/15** <br> **5/31/15** <br> **6/15/15** | **Net Salary** |

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.5. | **William Neville** <br> Name <br> **2 Wild Ginger Court** <br> Street <br><br> **The Woodlands      TX      77380** <br> City                State   ZIP Code <br><br> **Relationship to debtor** <br> **President/Director** | **$12,902.25** | **3/16/15** <br> **12/23/15** <br> **1/28/16** | **Expense Reimbursements** |

Debtor    **Ginger Oil Company**                                               Case number (if known) _____
          Name

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.6. **Hans Blixt**<br>Name<br>**23 Dakota Ridge PL**<br>Street<br><br>**The Woodlands    TX    77381**<br>City    State    ZIP Code<br><br>**Relationship to debtor**<br>**CEO** | $10,341.44 | 3/13/15<br>3/16/15<br>12/22/15 | **Expense Reimbursements** |

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.7. **Julienne Blixt**<br>Name<br>**23 Dakota Ridge PL**<br>Street<br><br>**The Woodlands    TX    77381**<br>City    State    ZIP Code<br><br>**Relationship to debtor**<br>**Employee** | $48.33 | 4/16/15<br>1/2816 | **Expense Reimbursements** |

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.8. **Richard Brubaker**<br>Name<br>**2507 Hyland Park**<br>Street<br><br>**Houston    TX    77014**<br>City    State    ZIP Code<br><br>**Relationship to debtor**<br>**CFO** | $1,972.71 | 3/16/15<br>3/30/15<br>6/22/15<br>10/6/15<br>12/16/15<br>1/27/16 | **Expense Reimbursements** |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☐ No
☑ Yes.  Identify below.

**Name of the parent corporation**                          **Employer Identification number of the parent corporation**
**Ginger Oil AB**                                            EIN: 9  8 – 1  2  4  9  7  6  7

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☐ No
☑ Yes.  Identify below.

**Name of the pension fund**                                **Employer Identification number of the pension fund**
**Ginger Oil Company 401K Plan**                            EIN: 7  6 – 0  0  4  0  2  9  3

Debtor    **Ginger Oil Company**                                    Case number (if known) _____
          Name

---

## Part 14:    Signature and Declaration

**WARNING --** Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **02/04/2016**
             MM / DD / YYYY

**X**  **/s/ William D. Neville**                              Printed name  **William D. Neville**
       Signature of individual signing on behalf of the debtor

       Position or relationship to debtor  **President/Director**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**

☑ No
☐ Yes

---

B2030 (Form 2030) (12/15)

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

In re  **Ginger Oil Company**                                    Case No.  _____

                                                                 Chapter    **11**_____

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   For legal services, I have agreed to accept..........................Hourly: Estimated Total      **$100,000.00**

   Prior to the filing of this statement I have received.......................................................      **$50,283.00**

   Balance Due...........................................................................Hourly: Approximately      **$49,717.00**

2. The source of the compensation paid to me was:

   ☑ Debtor              ☐ Other (specify)

3. The source of compensation to be paid to me is:

   ☑ Debtor              ☐ Other (specify)

4. ☑  I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐  I have agreed to share the above-disclosed compensation with another person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

   b.  Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;

   c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

B2030 (Form 2030) (12/15)

6. By agreement with the debtor(s), the above-disclosed fee does not include the following services:

---

**CERTIFICATION**

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| | |
|---|---|
| **02/04/2016** | **/s/ Julie M. Koenig** |
| *Date* | *Julie M. Koenig*          Bar No.  14217300 |
| | Cooper & Scully, P.C. |
| | 815 Walker St., Suite 1040 |
| | Houston, TX 77002 |
| | Phone: (713) 236-6800 / Fax: (713) 236-6880 |

---

**/s/ William D. Neville**

**William D. Neville**
**President/Director**

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
</table>

| | |
|---|---|
| Debtor name | **Ginger Oil Company** |
| United States Bankruptcy Court for the: | **SOUTHERN DISTRICT OF TEXAS** |
| Case number (if known) | |

☐ Check if this is an amended filing

## Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders                                    12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case.  Include claims which the debtor disputes.  Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claims resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim — If the claim is fully unsecured, fill in only unsecured claim amount.  If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | Paul S. Robinson 6215 Rippling Hollow Drive Spring, TX 77379 | | 2015/2016 deferred salary | | | | $50,250.00 |
| 2 | Cooper & Scully, P.C. 815 Walker St., Suite 1040 Houston, TX 77002 | | Attorney Fees | | | | $49,717.00 |
| 3 | Garry Ward 6030 Spring Oak Hollow Spring, TX 77379 | | Engineering consulting 2015 & 2016 | | | | $17,625.00 |
| 4 | Vecta Oil and Gas Ltd. 575 Union Blvd Suite 208 Lakewood, CO 80228 | | Joint Interest Billing | Disputed | | | $14,788.84 |
| 5 | Patterson Energy Corp PO Box 311836 New Braunfels, TX 78131 | | Joint Interest Billing | | | | $5,037.23 |

Debtor      **Ginger Oil Company**_____      Case number (if known) _____
                  Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| 6  LaVanCo Energy Ltd PO Box 60087 San Angelo, TX 76906 | | Joint Interest Billing | | | | $471.95 |
| 7  Stephens Production Company 623 Garrison Avenue P.O. Box 2407 Fort Smith, AR 72902 | | Joint Interest Billing | | | | $15.52 |

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

IN RE:   **Ginger Oil Company**                                     CASE NO

                                                                    CHAPTER     **11**

## <u>VERIFICATION OF CREDITOR MATRIX</u>

      The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date  2/4/2016 _____          Signature  _/s/ William D. Neville_____
                                                            **William D. Neville**
                                                            **President/Director**

Date _____               Signature _____

```
Attorney General
Department of Justice
10th and Constitution Ave N.W.
Rm. 400
Washington, D.C. 20530

ATTORNEY GENERAL
TAX DIV. - BANKRUPTCY
POB 12548
AUSTIN, TX  78711


Cooper & Scully, P.C.
815 Walker St., Suite 1040
Houston, TX 77002



Garry Ward
6030 Spring Oak Hollow
Spring, TX 77379



Ginger Oil AB
Prästgatan 38
83131 Östersund
Sweden


Hans G. Blixt
23 Dakota Ridge Pl.
The Woodlands, TX 77381



Harris County
c/o John Dillman
PO Box 3064
Houston, TX  77253-3064



HARRIS COUNTY/CITY OF HOUSTON
C/O BANKRUPTCY DEPT
PO BOX 3064
HOUSTON, TX  77253-3064



Independent Bank
2101 Cedar Springs Road
Suite 725
Dallas, TX 75201
```

Internal Revenue Service
1919 Smith St.
Stop 5024 HOU
Houston, TX 77002


Internal Revenue Service
Insolvency Department
PO Box 7346
Philadelphia, PA 19101-7346


Internal Revenue Service
STOP 6692 AUSC
Austin, TX 73301-0030



Julienne L. Blixt
23 Dakota Ridge Pl.
The Woodlands, TX 77381



LaVanCo Energy Ltd
PO Box 60087
San Angelo, TX 76906



Leases and Contracts




Montgomery County Tax Assessor
400 N. San Jacinto St.
Conroe, TX 77301



Patterson Energy Corp
PO Box 311836
New Braunfels, TX 78131



Paul S. Robinson
6215 Rippling Hollow Drive
Spring, TX 77379

Richard Brubaker
2507 Hyland Park
Houston, TX 77014


SECURITIES AND EXCHANGE
COMMISSION
450 FIFTH STREET NW
WASHINGTON, DC 20549


Stephens Production Company
623 Garrison Avenue
P.O. Box 2407
Fort Smith, AR 72902


TEXAS COMPTROLLER OF PUBLIC ACCOUNTS
111 E. 17TH STREET
AUSTIN, TX 78774-0100


Texas Workforce Commission
PO Box 149037
Austin, Texas  78714-9037


Vecta Oil and Gas Ltd.
575 Union Blvd
Suite 208
Lakewood, CO 80228


William D. Neville
2 Wild Ginger Court
The Woodlands, TX 77380


Woodlands Metro Center MUD
P.O. Box 7829
The Woodlands, TX 77387

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

IN RE:                                              CHAPTER   **11**

**Ginger Oil Company**


DEBTOR(S)                                           CASE NO


## LIST OF EQUITY SECURITY HOLDERS

| Registered Name of Holder of Security<br>Last Known Address or Place of Business | Class of Security | Number Registered | Kind of Interest<br>Registered |
|---|---|---|---|
| Ginger Oil AB<br>Prästgatan 38<br>83131 Östersund<br>Sweden | Common Stock | 2000 | |

**DECLARATION UNDER PENALTY OF PERJURY**
**ON BEHALF OF A CORPORATION OR PARTNERSHIP**

I, the _____ **President/Director** _____ of the _____ **Corporation** _____
named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the
best of my information and belief.


Date:__ **2/4/2016** _____        Signature:__ **/s/ William D. Neville** _____

                                                    **William D. Neville**
                                                    **President/Director**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

In re: **Ginger Oil Company**                                             CASE NO

                                                                          CHAPTER   **11**

# BUSINESS INCOME AND EXPENSES

FINANCIAL REVIEW OF THE DEBTOR'S BUSINESS (NOTE: ONLY INCLUDE information directly related to the business operation.)

PART A - GROSS BUSINESS INCOME FOR PREVIOUS 12 MONTHS:

   1. Gross Income for 12 Months Prior to Filing:                **$1,257,019.00**

PART B - ESTIMATED AVERAGE FUTURE GROSS MONTHLY INCOME:

   2. Gross Monthly Income:                                                      **$90,666.27**

PART C - ESTIMATED AVERAGE FUTURE MONTHLY EXPENSES:

   3. Net Employee Payroll (Other Than Debtor):                 **$18,000.00**
   4. Payroll Taxes:                                            **$1,660.00**
   5. Unemployment Taxes:                                       **$312.00**
   6. Worker's Compensation:                                    **$250.00**
   7. Other Taxes:                                              **$14.30**
   8. Inventory Purchases (including raw materials):            **$0.00**
   9. Purchase of Feed/Fertilizer/Seed/Spray:                   **$0.00**
  10. Rent (other than debtor's principal residence):           **$1,920.00**
  11. Utilities:                                                **$254.75**
  12. Office Expenses and Supplies:                             **$1,745.00**
  13. Repairs and Maintenance:                                  **$100.00**
  14. Vehicle Expenses:                                         **$500.00**
  15. Travel and Entertainment:                                 **$800.00**
  16. Equipment Rental and Leases:                              **$296.01**
  17. Legal/Accounting/Other Professional Fees:                 **$2,000.00**
  18. Insurance:                                                **$828.40**
  19. Employee Benefits (e.g., pension, medical, etc.):         **$7,789.12**
  20. Payments to be Made Directly by Debtor to Secured Creditors for
       Pre-Petition Business Debts (Specify):
       **Independent Bank- Interest Payment**              **$11,067.00**
  21. Other (Specify):
       **Producing Wells Joint Interest Expense Billing**  **$20,014.90**
       **Contingency for Well Workovers plus Well and Lease Capital
       Costs**                                             **$19,500.00**
       **Prospect Sales and Marketing; Lead Development;
       Professional Meetings**                             **$400.00**
  22. Total Monthly Expenses (Add items 3 - 21)                                 **$87,451.48**

PART D - ESTIMATED AVERAGE NET MONTHLY INCOME:

  23. AVERAGE NET MONTHLY INCOME (Subtract item 22 from item 2):                **$3,214.79**