IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| GINGER OIL COMPANY | § | CASE NO. 16-30678-H1-11 |
|   Debtor | § | (Chapter 11) |
| | § | JUDGE ISGUR |

_____

### EMERGENCY MOTION FOR USE OF CASH COLLATERAL
_____

**This motion seeks an order that may adversely affect you.  If you oppose the motion, you should immediately contact the moving party to resolve the dispute.  If you and the moving party cannot agree, you must file a response and send a copy to the moving party.  You must file and serve your response within 14 days of the date this was served on you.  Your response must state why the motion should not be granted.  If you do not file a timely response, the relief may be granted without further notice to you.  If you oppose the motion and have not reached an agreement, you must attend the hearing. Unless the parties agree otherwise, the court may consider evidence at the hearing and may decide the motion at the hearing.**

**Represented parties should act through their attorney.**

**TO THE HONORABLE MARVIN ISGUR, UNITED STATES BANKRUPTCY JUDGE:**

Comes Now, Ginger Oil Company, Debtor-in-Possession herein, with this its Emergency Motion for Use of Cash Collateral, (hereinafter "the Cash Collateral Motion"), pursuant to 11 U.S.C. §§ 361 and 363, and in support thereof would respectfully show unto this Court as follows:

### I.
### PARTIES

1.    The Debtor may be served through its President, William D. Neville, 26310 Oak Ridge

Drive, Suite G-7, Spring, Texas 77380, with a copy to its Counsel, Julie M. Koenig, 815 Walker, Suite 1040, Houston, Texas 77002.

2. Independent Bank is the Debtor's only perfected secured creditor. Independent Bank may be served through its registered agent, Julie Crump, 1600 Redbud Blvd., Suite 400, McKinney, Texas 75069 with a copy to Philip Jones, Vice President, 2101 Cedar Springs Road, Suite 725, Dallas, Texas 75201, Attention: Energy Lending.

## II.
## JURISDICTION AND VENUE

3. This Court has jurisdiction pursuant to 28 U.S.C. §1334, venue is appropriate pursuant to 28 U.S.C. §1408, and this is a core proceeding pursuant to 28 U.S.C. §157(b)(2)(A), (D), (K), (M) and )(O).

## III.
## NOTICE

4. Sufficient and adequate notice of the Cash Collateral Motion has been given to prevent immediate and irreparable harm pursuant to Bankruptcy Rule 4001(c); Local Bankruptcy Rule 4001(c), and 4002-1(i) , as required by Sections 102, 361 and 363 of the Bankruptcy Code

## IV.
## FACTS

5. Ginger Oil Company was formed on December 31, 1982. On February 17, 1988, it merged with Acquisition and Divestment Consultants, Inc. with Ginger Oil Company being the surviving corporation in the merger.

6. The Debtor is in the business of oil and gas exploration and development in Arkansas, Louisiana and Texas.

7. On February 4, 2016, the Debtor filed a Voluntary Petition for Reorganization under Chapter 11 of Title 11 of the United States Code in order to protect its business as an ongoing concern.

## V.
## PREPETITION LIENS

8. On September 13, 2013, the Debtor executed a credit agreement and promissory note with Independent Bank in the original amount of $25,000,000.00. The current balance on the note is approximately $3,231,066.37. This note bears interest the rate of 4% or prime rate plus 0.5%, whichever is greater. The Debtor traditionally has paid 4%. It is secured by a first lien against the Debtor's accessions, accounts, as-extracted collateral, chattel paper, deposit accounts with Secured Party, documents, equipment, fixtures, general intangibles, goods, instruments, inventory, investment property, letter of credit rights, money, payment intangibles, proceeds, record, securities accounts, software, supporting obligations and proceeds of any of the foregoing. All personal property of Debtor, whether now owned or hereafter acquired. All assets of Debtor, whether now owned or hereafter acquired. A true and correct copy of the UCC-1 Financing Statement is attached hereto as Exhibit "A".

9. The line of credit note was amended on February 14, 2014, on August 12, 2014, on April 28, 2015, and on October 9, 2015. A true and correct copy of the Fourth Amendment to Credit Agreement is attached hereto as Exhibit "B".

## VI.
## CASH COLLATERAL

10. The Debtor requires the emergency use of cash collateral in the amount of $50,573.00 for the next twenty (20) days to meet payroll and expenses to continue its business operations. The majority of these funds are for payroll, supplies and continuing expenses. The anticipated income for this period is $105,000.00. A copy of the anticipated budget for the next twenty (20) days is attached hereto as Exhibit "C" and fully incorporated herein by reference.

11. In addition, the Debtor requires the use of cash collateral in the amount of $87,451.00 on a monthly basis. The anticipated monthly income is $90,666.00.[1] A copy of the proposed monthly budget is set forth on Exhibit "D"[2].

12. Without the use of cash collateral, the Debtor will be unable to retain or pay employees, to maintain its assets, to pay payroll taxes, inventory, suppliers, overhead, and other expenses necessary for its reorganization.

13. As adequate protection for the use of cash collateral, the Debtor shall agree, with Court approval, to grant replacement liens to the Secured Creditor equal to those held pre-petition.

14. The security interests granted to the Secured Creditor post-petition shall not have priority

---

[1] The Debtor may vary from this budget by 10% per month without further Order of this Court.

[2] This represents the anticipated average monthly income over the next twelve months. The actual income will vary and any net income is carried over to the next month. In the first 20 days the Debtor is anticipating receiving an additional $14,334.00 as reflected on Exhibit C.

Page 4

over (a) prior perfected and unavoidable liens and security interest in the property of the Debtor's estate as of the Petition Date other than their liens in the Pre-Petition Collateral, provided that (1) such liens and security interest are prior to other prepetition liens and security interests, valid, perfected, not adequately protected, and non-avoidable in accordance with applicable law; (b) the quarterly fees payable to the United States Trustee pursuant to 28 U.S.C. §1930; and (c) any fees and expenses awarded to Debtor's Counsel pursuant to Court Order.

**WHEREFORE, PREMISES CONSIDERED**, Ginger Oil Company, Debtor-in-Possession herein, prays that this Court conduct an Emergency Hearing on the Emergency Motion to Use Cash Collateral, enter an Order for Emergency Use of Cash Collateral for the Period February 4, 2016 through February 24, 2016, set a final hearing on the Motion, enter an Order for Interim Use of Cash Collateral after the hearing, and for such other and further relief, at law and in equity, as this Court deems just.

Respectfully submitted this 4th day of February, 2016.

**COOPER & SCULLY, PC.**

By:   /s/  Julie M. Koenig
      Julie M. Koenig
      SBA# 14217300
      Fed Id# 10396
      815 Walker, Suite 1040
      Houston, Texas 77002
      (713) 236-6800 (Telephone)
      (713) 236-6880 (Telecopier)
      Julie.Koenig@cooperscully.com

Attorneys for the Debtor

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing has been served upon the parties listed below and on the attached service list via either ECF Notification, or by first class mail, proper postage affixed, on the 4th day of February, 2016.

By:   /s/  Julie M. Koenig
      Julie M. Koenig

Office of the U.S. Trustee
515 Rusk Ave., Ste. 3516
Houston, Texas 77002
Via ECF Notification

Julie Crump
1600 Redbud Blvd., Suite 400
McKinney, Texas 75069

Philip Jones, Vice President
2101 Cedar Springs Road, Suite 725
Dallas, Texas 75201
Attention:  Energy Lending

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0541-4<br>Case 16-30678<br>Southern District of Texas<br>Houston<br>Thu Feb  4 14:41:37 CST 2016 | Ginger Oil Company<br>26310 Oak Ridge Drive<br>Suite G-7<br>Spring, TX 77380-1963 | United States Bankruptcy Court<br>PO Box 61010<br>Houston, TX 77208-1010 |
| ATTORNEY GENERAL<br>TAX DIV. - BANKRUPTCY<br>POB 12548<br>AUSTIN, TX 78711-2548 | Attorney General<br>Department of Justice<br>10th and Constitution Ave N.W.<br>Rm. 400<br>Washington, D.C 20530-0001 | Cooper & Scully, P.C.<br>815 Walker St., Suite 1040<br>Houston, TX 77002-5776 |
| Garry Ward<br>6030 Spring Oak Hollow<br>Spring, TX 77379-8833 | Ginger Oil AB<br>Prstgatan 38<br>83131 stersund<br>Sweden | HARRIS COUNTY/CITY OF HOUSTON<br>C/O BANKRUPTCY DEPT<br>PO BOX 3064<br>HOUSTON, TX  77253-3064 |
| Hans G. Blixt<br>23 Dakota Ridge Pl.<br>The Woodlands, TX 77381-4780 | Harris County<br>c/o John Dillman<br>PO Box 3064<br>Houston, TX  77253-3064 | Independent Bank<br>2101 Cedar Springs Road<br>Suite 725<br>Dallas, TX 75201-2178 |
| (p)INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATIONS<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 | Internal Revenue Service<br>Insolvency Department<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | Julienne L. Blixt<br>23 Dakota Ridge Pl.<br>The Woodlands, TX 77381-4780 |
| LaVanCo Energy Ltd<br>PO Box 60087<br>San Angelo, TX 76906-0087 | Montgomery County Tax Assessor<br>400 N. San Jacinto St.<br>Conroe, TX 77301-2823 | Patterson Energy Corp<br>PO Box 311836<br>New Braunfels, TX 78131-1836 |
| Paul S. Robinson<br>6215 Rippling Hollow Drive<br>Spring, TX 77379-4276 | Richard Brubaker<br>2507 Hyland Park<br>Houston, TX 77014-2871 | SECURITIES AND EXCHANGE<br>COMMISSION<br>450 FIFTH STREET NW<br>WASHINGTON, DC 20549-0006 |
| Stephens Production Company<br>623 Garrison Avenue<br>P.O. Box 2407<br>Fort Smith, AR 72902-2407 | TEXAS COMPTROLLER OF PUBLIC ACCOUNTS<br>111 E. 17TH STREET<br>AUSTIN, TX 78774-0100 | Texas Workforce Commission<br>PO Box 149037<br>Austin, Texas  78714-9037 |
| US Trustee<br>Office of the US Trustee<br>515 Rusk Ave<br>Ste 3516<br>Houston, TX 77002-2604 | Vecta Oil and Gas Ltd.<br>575 Union Blvd<br>Suite 208<br>Lakewood, CO 80228-1242 | William D. Neville<br>2 Wild Ginger Court<br>The Woodlands, TX 77380-1347 |
| Woodlands Metro Center MUD<br>P.O. Box 7829<br>The Woodlands, TX 77387-7829 | Julie Mitchell Koenig<br>Cooper & Scully, PC<br>815 Walker, Suite 1040<br>Houston, TX 77002-5776 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Internal Revenue Service  
1919 Smith St.  
Stop 5024 HOU  
Houston, TX 77002

(d)Internal Revenue Service  
STOP 6692 AUSC  
Austin, TX 73301-0030

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Leases and Contracts

End of Label Matrix  
Mailable recipients    28  
Bypassed recipients     1  
Total                  29